# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BATEMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 1:19-cv-00869-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFFS TO FILE A REQUEST FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF DEFENDANT IN THIS ACTION<br><br>FIVE DAY DEADLINE |

Jacqueline Bateman and Steve Bateman ("Plaintiffs") filed this action against against the United States of America ("Defendant"). (ECF No. 1.) Defendant Pape' Material Handling, Inc. filed an answer to the complaint on May 15, 2019. (ECF No. 6.) On August 22, 2019, Plainitffs returned proof of service showing that Defendant was served on August 9, 2019. (ECF No. 5.) Therefore, Defendant's answer to the complaint was due within sixty days of August 9, 2019. Fed. R. Civ. P. 12(a)(2).

The deadline for Defendant to file a responsive pleading has passed and neither a responsive pleading, a stipulation to extend time to answer, nor a request for entry of default has been filed.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file a request for entry of default or a notice informing the Court of the status of this action.

IT IS SO ORDERED.

Dated:  **October 21, 2019**

UNITED STATES MAGISTRATE JUDGE