UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| JACQUELINE BATEMAN, et al., | ) | CASE NO.: 1:19-cv-00869-DAD-SAB |
| Plaintiffs, | ) ) | ORDER RE STIPULATION TO DISMISS DOE DEFENDANTS AS PARTIES IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a) |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) | (ECF No. 13) |
| Defendant. | ) ) ) | |

On November 26, 2019, the parties filed a stipulation to dismiss the Doe defendants from this action. Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, the Doe defendants have been terminated in this action.

IT IS SO ORDERED.

Dated: **November 27, 2019**

UNITED STATES MAGISTRATE JUDGE

1