1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

JACQUELINE BATEMAN AND STEVE
BATEMAN,

                Plaintiffs,

v.

UNITED STATES OF AMERICA

                Defendants.

CASE NO.  1:19-cv-00869-DAD-SAB

ORDER STAYING CASE

(ECF No. 16)

18
19
20
21
22

     On April 17, 2020, the parties filed a stipulation to stay this case based on the COVID-19 pandemic and the Governor's shelter in place orders and disruption in usual business activities.  The Court finds that good cause exists to grant the parties' stipulation.  However, the Court shall set a deadline for the stay to lift consistent with General Order 617 which closed the Courthouses in the Eastern District of California until June 1, 2020.

23
24
25
26
27

     If the parties believe that the stay should be extended beyond June 1, 2020, the parties may file a stipulation setting forth the reasons to extend the stay as that date approaches.  Depending on the length of time that this matter is stayed, it may become necessary to modify the deadlines in the scheduling order that was issued on November 15, 2019.  Therefore, the Court will require the parties to file a statement addressing the dates in the scheduling order at the time that the stay of this matter is lifted.

28
/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is STAYED until **June 1, 2020**; and

2. Within seven (7) days of the stay of this matter being lifted, the parties shall file a joint statement either stating that the current dates in the November 15, 2019 scheduling order shall remain in place or setting forth new dates in this matter.

IT IS SO ORDERED.

Dated: __April 20, 2020__

UNITED STATES MAGISTRATE JUDGE