# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BATEMAN, et al., | Case No.  1:19-cv-00869-DAD-SAB |
| Plaintiffs, | ORDER LIFTING STAY OF ACTION |
| v. | (ECF No. 17) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On April 17, 2020, this matter was stayed until June 1, 2020 at the stipulation of the parties.  Having received no further request to stay this action, the stay is HEREBY LIFTED. The parties shall file a status report within **seven (7) days** of the date of entry of this order addressing whether the deadlines in the November 15, 2019 scheduling order need to be extended.

IT IS SO ORDERED.

Dated:   **June 2, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1