IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BATEMAN, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>                Defendant. | CASE NO. 1:19-cv-00869-DAD-SAB<br><br>ORDER CONTINUING STAY OF ACTION UNTIL DECEMBER 4, 2020<br><br>(ECF No. 22) |

      This action has been stayed since April 20, 2020 pursuant to the stipulation of the parties due to the disruption in usual business activities caused by the COVID-19 pandemic.  On August 25, 2020, the parties filed a stipulation to continue the stay in this matter until December 4, 2020.  While the parties are advised that the stay of this action cannot continue indefinitely, the parties cannot at the present time, the Court finds that good cause exists to grant a further stay of the action.

      Accordingly, IT IS HEREBY ORDERED that

1. This action is STAYED until **December 4, 2020**;
2. The parties SHALL submit a joint status report one week before the stay is lifted setting forth proposed dates and deadlines in this matter.

IT IS SO ORDERED.

Dated:  **August 26, 2020**

                                                 UNITED STATES MAGISTRATE JUDGE