# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BATEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:19-cv-00869-DAD-SAB<br><br>ORDER CORRECTING AMENDED SCHEDULING ORDER<br><br>(ECF Nos. 12, 31) |

On July 13, 2021, an order issued amending the scheduling order in this action. (ECF No. 31.) It has been brought to the Court's attention that the July 13, 2021 order incorrectly set forth the date of the non-expert discovery deadline.

Accordingly, IT IS HEREBY ORDERED that the November 15, 2019 scheduling order, as amended July 13, 2021, is further amended as follows:

1. The deadline to complete all non-expert discovery is **March 1, 2022**; and
2. All other aspects of the November 15, 2019 scheduling order (ECF No. 12), as amended July 13, 2021 (ECF No. 31), continue to remain in effect.

IT IS SO ORDERED.

Dated: __**July 13, 2021**__

UNITED STATES MAGISTRATE JUDGE

1