# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BATEMAN, et al., | Case No. 1:19-cv-00869-DAD-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| UNITED STATES OF AMERICA, | (ECF No. 35) |
| Defendant. | |

The scheduling order issued in this action on November 15, 2019, and was most recently modified on April 1, 2022. (ECF Nos. 12, 34.) No trial date is currently set. On April 21, 2022, the parties filed a stipulated motion requesting an approximately thirty (30) day extension of certain expert discovery deadlines, and a twenty-one day extension of the dispositive motion filing deadline. (ECF No. 35.) The parties proffer that since the last extension of the discovery deadlines, delays occurred because of counsel and witness availability for a final deposition; and an expedited transcript was not received as early as expected for an expert to review. The stipulation also proffers that the parties have agreed that the United States does not have to provide any reports, including for the independent medical examinations ("IMEs"), unless and until the United States identifies who it will use at trial and makes an expert disclosure per the new schedule agreed to.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the stipulated motion to modify the scheduling order is GRANTED and the scheduling order is further modified as follows:

1. The deadline for Plaintiffs' expert witness disclosures is **May 17, 2022**;
2. The deadline for Defendant's expert disclosures is **July 8, 2022**;
3. The deadline to complete an independent medical examination and expert discovery is **August 25, 2022**, and the United States does not have to provide any reports, including for the independent medical examinations ("IMEs"), unless and until the United States identifies who it will use at trial and makes an expert disclosure;
4. The deadline to file dispositive motions is **September 23, 2022**; and
5. All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **April 21, 2022**

UNITED STATES MAGISTRATE JUDGE