# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BATEMAN, et al., | Case No. 1:19-cv-00869-DAD-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | (ECF No. 39) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The scheduling order issued in this action on November 15, 2019, and was most recently modified on April 21, 2022.  (ECF Nos. 12, 34, 36.)  No trial date is currently set.  On June 17, 2022, the parties filed a stipulated motion requesting the Defendant's expert disclosure deadline from July 8, 2022, to July 29, 2022.  (ECF No. 39.)

///
///
///
///
///
///
///

1

Accordingly, pursuant to the parties' stipulation, and finding good cause, IT IS HEREBY ORDERED that the stipulated motion to modify the scheduling order is GRANTED and the deadline for Defendant's expert witness disclosures is **July 29, 2022**.  All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **June 17, 2022**

UNITED STATES MAGISTRATE JUDGE