1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BATEMAN, et al., | Case No. 1:19-cv-00869-ADA-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER AND RESETTING PRETRIAL CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, | (ECF No. 44) |
| Defendant. | |

The scheduling order issued in this action on November 15, 2019, and was most recently modified on June 21, 2022.  (ECF Nos. 12, 34, 36, 40.)  No trial date is currently set.   On September 13, 2022, a settlement conference was set in this matter for November 10, 2022.  (ECF No. 42.)  On September 16, 2022, the parties filed a stipulated motion requesting the dispositive motion filing and briefing deadlines be extended to accommodate the settlement conference. (ECF No. 44.)  The parties also request the pretrial conference be extended accordingly.  The Court finds good cause to grant the request.

Accordingly, IT IS HEREBY ORDERED that:

1.      The stipulated motion to modify the scheduling order is GRANTED;

2.      The deadline for Defendant to file a dispositive motion is October 21, 2022;

3.      Plaintiff may file an opposition on or before November 30, 2022;

1

4.   Defendant may file a reply on or before December 9, 2023;

5.   The pretrial conference is RESET for April 24, 2023, before District Judge Ana de Alba, at 1:30 p.m. in Courtroom 4; and

6.   All other aspects of the scheduling order continue to remain in effect.

IT IS SO ORDERED.

Dated:   **September 19, 2022**

UNITED STATES MAGISTRATE JUDGE