# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BATEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:19-cv-00869-ADA-SAB<br><br>ORDER RE: STIPULATED DISMISSAL OF PLAINTIFF STEVE BATEMAN<br><br>(ECF No. 46) |

On September 29, 2022, the parties filed a stipulated notice of dismissal of Plaintiff Steve Bateman as a party to this action on the grounds that he passed away on August 17, 2021. (ECF No. 46.)

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that: Plaintiff Steve Bateman is DISMISSED with prejudice and is no longer a party to this action. The Clerk of the Court is DIRECTED to terminate Plaintiff Steve Bateman as a party in this action.

IT IS SO ORDERED.

Dated: **September 30, 2022**

UNITED STATES MAGISTRATE JUDGE